IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE SEARCH OF: )
                                            )    Magistrate No. 05-125M
246 Dobson Road                    )
Mars, Pennsylvania 16046

O R D E R

AND NOW, to wit, this __19th__ day of July, 2005, it appearing to the Court that the search of the above-captioned property has been executed, and upon the representation of the United States Attorney's Office that there is no further necessity that the Search Warrant, Affidavit and Return remain sealed,

IT IS HEREBY ORDERED that the Search Warrant, Affidavit and Return filed at the above number and sealed on March 22, 2005, are hereby UNSEALED.

                                                              _____
                                                              UNITED STATES MAGISTRATE JUDGE

cc: U.S. Attorney